JS-6 Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARGARITO A. IBOA,  ) Case No. CV 13-2911-RGK (JPR)
        Petitioner,  )
                           ) **J U D G M E N T**
    vs.  )
MARTIN BITER, Warden,  )
        Respondent.  )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: MAR 18 2014

R. GARY KLAUSNER
U.S. DISTRICT JUDGE